UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ERNEST L. DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 2013 |
| ) | |
| VIRGINIA AIR AND SPACE CTR. ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. His application will be granted, but his complaint will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The complaint identifies the plaintiff as a retired admiral and gives the plaintiff's address as 1600 Pennsylvania Avenue, Washington, D.C. Plaintiff is suing the defendant "for all my earning and I want everyone to leave the keys and vacate the premises [im]mediately." (Compl. at 1.)

Where a plaintiff is proceeding *in forma pauperis*, a court is obligated to review the complaint and dismiss it if it is frivolous. This complaint presents the sort of "fantastic and delusional scenario" that warrants immediate dismissal, *Neitzke v. Williams,* 490 U.S. 319, 327 (1989), and will be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). A related Order accompanies this Memorandum Opinion.

Date: 9/18/08

/s/ Ellen S. Huvelle
United States District Judge